UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL ROMANO PERALTA, JAZIEL MARTINEZ TEHUITZIL, JOSUE MARTINEZ ROMANO, SILVESTRE CABRERA ROMANO,<br>individually and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>P&H 49 CORP. (D/B/A BAGELS ON THE SQUARE), HYUN PAK, and MARCOS VELAZQUEZ<br>        Defendants. | Index No. 19cv09847 (GHW)<br><br>**[Proposed Form Of]**<br>**JUDGMENT** |

## JUDGMENT

On August 6, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs MIGUEL ANGEL ROMANO PERALTA, JAZIEL MARTINEZ TEHUITZIL, JOSUE MARTINEZ ROMANO, SILVESTRE CABRERA ROMANO JAVIER MADRIGAL have judgment against Defendants P&H 49 CORP. (D/B/A BAGELS ON THE SQUARE), HYUN PAK, and MARCOS VELAZQUEZ (collectively "Defendants"), jointly and severally, in the amount of $100,000 (One Hundred Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and

costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Dated: _____, 2020

_____

**HON. GREGORY H. WOODS**