USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL ROMANO PERALTA, JAZIEL MARTINEZ TEHUITZIL, JOSUE MARTINEZ ROMANO, SILVESTRE CABRERA ROMANO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>P&H 49 CORP. (D/B/A BAGELS ON THE SQUARE), HYUN PAK, and MARCOS VELAZQUEZ<br>Defendants. | Index No. 19cv09847 (GHW)<br><br>**JUDGMENT** |

## JUDGMENT

On August 4, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs MIGUEL ANGEL ROMANO PERALTA, JAZIEL MARTINEZ TEHUITZIL, JOSUE MARTINEZ ROMANO, SILVESTRE CABRERA ROMANO JAVIER MADRIGAL have judgment against Defendants P&H 49 CORP. (D/B/A BAGELS ON THE SQUARE), HYUN PAK, and MARCOS VELAZQUEZ (collectively "Defendants"), jointly and

- 2 -

severally, in the amount of $100,000 (One Hundred Thousand Dollars) which is inclusive of attorneys' fees and costs.

    The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 12, 2020

                                                                 GREGORY H. WOODS  
                                                            United States District Judge